AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

RED TWO DOOR FORD MUSTANG
MD TAG NUMBER 8BF-C27
VEHICLE IDENTIFICATION NUMBER
IZVFT80NX6513869

**SEARCH WARRANT**

CASE NUMBER:

06 - 035M - 01

TO: __Steve Manley__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Officer Steve Manley__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

RED TWO DOOR FORD MUSTANG MD TAG NUMBER 8BF-C27
VEHICLE IDENTIFICATION NUMBER IZVFT80NX6513869

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED AFFIDAVIT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __February 3, 2006__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JAN 27 2006 @ 3:50 PM at Washington, D.C.
Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer               Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| January 27, 2006 | January 27, 2006 1630hrs | Left in ~~xxxx~~ prisoner property |

INVENTORY MADE IN THE PRESENCE OF
Det. D. Dessin, Det. L. Quigley, Investigator S. Marley

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT
1. Personal Papers
2. 2,254 grams of compressed white powdered substance

FILED

FEB 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   2-7-06
U.S. Judge or U.S. Magistrate Judge   Date